# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Willard B. Shapira, Karen Loibl and Ulric C. Scott III, on behalf of themselves and all others similarly situated, | Court File No. 06-CV-2190 (MJD/SRN) |
| Plaintiff, | |
| vs. | **ORDER FOR REMAND OF CLAIMS AGAINST DEFENDANT STATE OF MINNESOTA TO STATE COURT** |
| The City of Minneapolis, and State of Minnesota, Department of Public Safety, | |
| Defendants. | |

Pursuant to the November 20, 2007 stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims against Defendant State of Minnesota, Department of Public Safety that are asserted in Plaintiffs' July 23, 2007 amended complaint herein [Doc. No. 22] are hereby remanded to Hennepin County District Court, State of Minnesota. This order is without effect on Plaintiffs' claims against Defendant City of Minneapolis.

Dated: November 27, 2007

s / Michael J. Davis
Michael J. Davis
United States District Court Judge
